723 A.2d 1023

**COMMONWEALTH of Pennsylvania, Acting By Attorney General D. Michael FISHER, Appellee,**

v.

**John B. SHALLENBERGER, Individually and t/d/b/a Shallway Foundation, Shallway Corporation, National Children's Audition and other names, Appellant.**

**No. 202 Middle District Appeal Docket 1998.**

Supreme Court of Pennsylvania.

Feb. 25, 1999.

Reconsideration Denied April 15, 1999.

## *ORDER*

PER CURIAM:

**AND NOW**, this 25th day of February, 1999, the direct appeal is quashed as untimely.